# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LISA RYAN MURPHY,**                                                                                      **PLAINTIFF**
**ADC #760343**

**v.**                                **CASE NO. 1:14CV00067 BSM**

**FRYMAN, Correctional Officer,**
**McPherson Unit, ADC;** *et al.*,                                                                          **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, defendants Faust, Dixon, Ervin, and Weekley are dismissed from this action for plaintiff Lisa Murphy's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 28th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE