# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LISA RYAN MURPHY,**  **PLAINTIFF**
**ADC #760343**

**v.**     **1:14CV00067 BSM**

**FRYMAN, Correctional Officer,**
**McPherson Unit, ADC, et al.**     **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety and in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment [Doc. No. 12] is granted, and Plaintiff's complaint against defendants is dismissed with prejudice.

SO ORDERED this 15th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE