IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA RYAN MURPHY,**                                                                                              **PLAINTIFF**
**ADC #760343**

**v.**                                               **1:14CV00067 BSM**

**FRYMAN, Correctional Officer,**
**McPherson Unit, ADC, et al.**                                                                            **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

SO ORDERED this 15th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE